CHEATHAM et al., Respondents, v. HILL, Appellant.

1. Smith's Administrators, ante, p. 307, affirmed.

*Appeal from Lafayette Circuit Court.*

EWING, Judge, delivered the opinion of the court.

The answer in this case contains no allegation of fraud ; the defence it set up was inadmissible for the reasons given in the opinion in the case of Chrisman & Smart, administrators of Smith, v. Thomas, decided at this term.

Judgment affirmed ; the other judges concurring.